**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFF JANOVICI, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DVI, INC., et al.** | : | **NO.  2:03-CV-04795-LDD** |

| | | |
|---|---|---|
| **MARK B. WILLIAMS, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. O'HANLON, et al.** | : | **NO.  2:03-CV-04963-LDD** |

| | | |
|---|---|---|
| **ALLISON B. RICE, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. O'HANLON, et al.** | : | **NO.  2:03-CV-05000-LDD** |

| | | |
|---|---|---|
| **BHARAT PAREKH, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. O'HANLON, et al.** | : | **NO.  2:03-CV-05111-LDD** |

| | | |
|---|---|---|
| **STEPHEN BENCE, IV, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. O'HANLON, et al.** | : | **NO.  2:03-CV-05141-LDD** |

| | | |
|---|---|---|
| **MURARI OJHA, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL A. O'HANLON, et al.** | : | **NO.  2:03-CV-05244-LDD** |

| KENNETH GROSSMAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL A. O'HANLON, et al. | : | NO.  2:03-CV-05336-LDD |

| SHIRLEY H. KAREL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL A. O'HANLON, et al. | : | NO.  2:03-CV-05674-LDD |

## O R D E R

**AND NOW,** this        day of October, 2003, upon consideration of Stephen

Bence, IV's Motion for Leave to File Reply Memorandum of Law in Further Support of Stephen

Bence, IV's Motion to Consolidate Related Cases, to be Appointed as Lead Plaintiff and for

Approval of Lead Plaintiff's Selection of Lead Counsel (Dkt. No. 17), it is hereby ORDERED

that the Motion is GRANTED.


                              BY THE COURT:


                              _____

                              **LEGROME D. DAVIS, J.**