UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY H. KAREL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. O'HANLON, and STEVEN R. GARFINKEL,<br><br>Defendants. | COORDINATED CASE NO. 03-cv-5336<br>(PREVIOUS CASE NO. 03-cv-5674) |

## WITHDRAWAL OF APPEARANCE

To The Clerk:

Kindly withdraw the appearance of the law firms of Trujillo Rodriguez & Richards, LLC, Cotchett, Pitre, Simon & McCarthy; Taylor & McNew; and the Law Offices of Michael D. Liberty on behalf of Plaintiff Shirley H. Karel.

Dated: March 3, 2004

TRUJILLO RODRIGUEZ & RICHARDS, LLC

By: _____
KENNETH I. TRUJILLO (#46520)
IRA NEIL RICHARDS (#40879)
JOANNE G. NOBLE (#84273)
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103
Telephone: (215) 731-9004

TAYLOR & McNEW
R. BRUCE McNEW (#40553)
Suite 210, 3711 Kennett Pike
Greenville, DE 19807
Telephone: (302) 655-9200

COTCHETT, PITRE, SIMON & McCARTHY
JOSEPH W. COTCHETT
NANCI E. NISHIMURA
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

LAW OFFICES OF MICHAEL D. LIBERTY
Michael D. Liberty
1290 Howard Avenue, #327
Burlingame, CA 94010
Telephone: (650) 685-8085

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Appearance has been served upon the following persons via first class mail on the date indicated below:

G. Jeffrey Boujoukos, Esquire
Marc J. Sonnenfield, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

Clinton A. Krislov, Esquire
Michael R. Karnuth, Esquire
Krislov & Associates, Ltd.
20 North Wacker Drive
Suite 1350
Chicago, IL 60606

Maura F. Fay, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Gregory G. Ballard, Esquire
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038

Gregory Ballard, Esquire
Cadwalader Wickersham & Taft, LLP
100 Maiden Lane
New York, NY 10038

Michael A. O'Hanlon, Esquire
1692 Cypress Terrace Court
West Palm Beach, FL 33411

Date: March 3, 2004

_____
Joanne G. Noble