**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CIVIL ACTION** |
| | : | |
| **DVI, INC. SECURITIES LITIGATION** | : | **NO. 03-5336** |

**ORDER**

AND NOW, this 6th day of June, 2005, it is hereby ORDERED as follows:

1. any stipulations to alter or amend the Court's Order of May 31, 2005, staying this matter (Doc. No. 184 ), shall be submitted on or before June 20, 2005;

2. any such stipulation shall be by agreement of all parties as well as the United States Attorney's Office; and

3. any proposed modification of the stay shall not interfere with the pending criminal investigation nor prejudice the rights of the Defendants in any way.

**BY THE COURT:**

/s/

**Legrome D. Davis, J.**