IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| | : | |
| DVI, INC. SECURITIES LITIGATION | : | NO. 03-5336 |

ORDER

AND NOW, this 13th day of February 2006, it is ORDERED as follows:

1. The Motion for Reconsideration, or in the Alternative, for Certification for Appeal filed by Defendants DeLoitte & Touche, LLP., Terry Cady, Presgar Imaging, LLC, John P. Boyle, Harry T.J. Roberts, Richard E. Miller, William S. Goldberg, John E. McHugh, Nathan Shapiro, Dolphin Medical, Inc., Gerald Cohn and Steven R. Garfinkel (Doc. No. 188) is DENIED.

2. The Motion for Reconsideration or, in the Alternative, for Certification for Appeal filed by Defendant Merril Lynch & Co. (Doc. No. 189) is DENIED.

3. The Motion for Certification for Appeal filed by Defendants Terry Cady, Presgar Imaging, LLC, Richard E. Miller and Dolphin Medical, Inc. (Doc. No. 190) is DENIED.

4. Defendants Cady, Turek and Miller's Motion for Clarification and/or Reconsideration (191) is granted in part and denied in part. In accordance with the text of the Court's May 31, 2005 Memorandum and Order, Plaintiff's Rule 10b-5(b) claim in Count I is DISMISSED against Defendants Turek, Cady, and Miller. In all other respects, the Motion for Clarification and/or Reconsideration is DENIED.

5. The Motion for Joinder to Defendants' Motion for Certification for Appeal filed by Defendant Deloitte & Touche, LLP., (Doc. No. 195) is DENIED.

BY THE COURT:

______________________________ ______/S/LEGROME D. DAVIS___
Legrome D. Davis, J.