IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | Case No. 2:03-CV-5336 |
| **In Re DVI, Inc. Securities Litigation** | : | |
| | : | Hon. Legrome D. Davis |

## ORDER

AND NOW, this 18th day of August, 2006, it is hereby ORDERED that:

1. Lead Plaintiff's Motion for Entry of Order Preliminarily Approving Partial Settlements and Providing Notice (Doc. No. 309) is DENIED as moot. The Court has preliminarily approved partial settlements and notice, subject to the changes upon which the parties have agreed. The approved class notice is attached hereto.

2. As the parties have agreed on all aspects of this issue, the Hearing scheduled on this matter for Monday, August 21, 2006, is CANCELLED.

3. The schedule for class notification shall proceed as follows:

    a. Notice shall be mailed to the Settlement Class by September 1, 2006.

    b. Summary noticed shall be published by September 7, 2006.

    c. The deadline for objecting to partial settlements, plan of allocation or attorney's fees and expenses, and for opting out of the Settlement Class shall be October 12, 2006.

    d. A final approval hearing shall be held on November 9, 2006 at 10:00 A.M.

    e. The deadline for Class Members to submit Proof of Claim Form shall be January 3, 2007.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.