IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| **In Re DVI, Inc. Securities Litigation** | : | **Case No. 2:03-CV-5336** |
|   | : |   |
|   | : | Hon. Legrome D. Davis |

### LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs Cedar Street Fund, Cedar Street Offshore Fund and Kenneth Grossman ("Lead Plaintiffs"), move this Court for an Order pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) to: (1) certify this action as a plaintiff class action; (2) appoint Lead Plaintiffs as class representatives; and (3) appoint Lead Counsel as Class Counsel.

Lead Plaintiffs seek certification of the following class (the "Class"):

all Persons and entities who purchased or otherwise acquired the securities of DVI, Inc. (including its common stock and 9 7/8% Senior Notes) between August 10, 1999 and August 13, 2003, both dates inclusive. Excluded from the class are Defendants; any entity in which a Defendant has a controlling interest or is a part or subsidiary of, or is controlled by a Defendant; the officers, directors, legal representatives, heirs, predecessors, successors and assigns of any of the Defendants; plaintiffs named in <u>WM High Yield Fund, et al. v. O'Hanlon, et al.</u>, No. 04-CV-3423 (E.D. Pa.).

As explained in Lead Plaintiffs' accompanying Memorandum of Law, this case meets the requirements for certification as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3).

Wherefore, for the reasons expressed in Lead Plaintiffs' accompanying Memorandum of Law, Lead Plaintiffs respectfully request that the Court enter an Order: (1) certifying this action as a plaintiff class action; (2) appointing Lead Plaintiffs as class representatives; and (3) appointing Lead Counsel as Class Counsel.

Dated: December 4, 2006

Respectfully submitted,

KRISLOV & ASSOCIATES, LTD.

2

        By:    /s/ Michael R. Karnuth
                Clinton A. Krislov, Esq.
                Michael R. Karnuth, Esq.
                W. Joel Vander Vliet, Esq.
                20 North Wacker Drive
                Chicago, Illinois   60606
                Phone: 312-606-0500
                Fax: 312-606-0207
                *Plaintiffs' Lead Counsel*

                CHIMICLES & TIKELLIS, LLP
                Steven A. Schwartz, Esq.
                Attorney I.D. No. 50579
                Kathy Meermans Esq.
                Attorney I.D. No. 37846
                361 W. Lancaster Avenue
                One Haverford Centre
                Haverford, PA   19041
                Phone:  610-642-8500
                Fax:  610-649-3633
                *Plaintiffs' Liaison Counsel*