## CERTIFICATE OF SERVICE

      I, Michael R. Karnuth, on oath state that **Plaintiffs' Memorandum of Law in Support of Motion for Class Certification** was filed electronically on Monday, December 04, 2006, and is available for downloading and viewing from the U.S. District Court for the Eastern District of Pennsylvania's Electronic Court Filing service, and that the documents have been served electronically upon the parties on the attached service list who consented to electronic service and via U.S. Mail, postage prepaid, to those listed on the service list who have not consented to electronic service.

                                        /s/     Michael R. Karnuth

**SERVICE LIST**

| | |
|---|---|
| Richard L. Scheff, Esq.<br>Jeffrey S. Feldman, Esq.<br>MONTGOMERY MCCRACKEN<br>WALKER & RHOADS LLP<br>123 S. Broad Street<br>Philadelphia, PA 19109<br>Tel: 215-772-1500<br>Fax: 215-772-7620<br>rscheff@mmwr.com<br>jfeldman@mmwr.com<br>*Counsel for Michael A. O'Hanlon* | Maura E. Fay, Esq.<br>DILWORTH PAXSON LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>Tel: 215-575-7000<br>Fax: 215-575-7200<br>mfay@dilworthlaw.com<br>*Counsel for Steven R. Garfinkel* |
| Robert E. Kelly, Esq.<br>Kelly D. Eckel, Esq.<br>Patrick Loftus, Esq.<br>Matthew M. Ryan, Esq.<br>Matthew A. Taylor, Esq.<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Tel: 215-979-1000<br>Fax: 215-979-1020<br>rkelly@duanemorris.com<br>kdeckel@duanemorris.com<br>loftus@duanemorris.com<br>mmryan@duanemorris.com<br>mataylor@duanemorris.com<br>*Counsel for John P. Boyle* | William P. Quinn, Jr., Esq.<br>Thomas V. Ayala, Esq.<br>Karen Pieslak Pohlmann, Esq.<br>David W. Marston, Jr., Esq.<br>Marc J. Sonnenfeld, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel: 215-963-5000<br>Fax: 215-963-5001<br>wquinn@morganlewis.com<br>tayala@morganlewis.com<br>kpohlmann@morganlewis.com<br>dmarston@morganlewis.com<br>msonnenfeld@morganlewis.com<br>*Counsel for William S. Goldberg, John E. McHugh, and Nathan Shapiro* |
| Patricia M. Hamill, Esq.<br>Vincent T. Cieslik, Esq.<br>CONRAD, O'BRIEN, GELLMAN &<br>ROHN, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1916<br>Tel: 215-864-9600<br>Fax: 215-864-9620 | Gregory P. Miller, Esq.<br>Michael A. Morse, Esq.<br>Stephen G. Stroup, Esq.<br>MILLER, ALFANO & RASPANTI, P.C.<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103<br>Tel: 215-972-6400<br>Fax: 215-981-0082 |

phamill@cogr.com
vcieslik@cogr.com
*Counsel for Richard E. Miller*

gmiller@mar-law.com
mmorse@mar-law.com
sstroup@mar-law.com
*Counsel for Harry T.J. Roberts*

William J. Taylor, Esq.
Kevin F. Berry, Esq.
COZEN O'CONNOR, P.C.
The Atrium
1900 Market Street
Philadelphia, PA 19103
Tel: 215-665-2000
Fax: 215-665-2013
wtaylor@cozen.com
kberry@cozen.com
*Counsel for Anthony J. Turek*

Paul W. Kaufman, Esq.
Matthew Hamermesh, Esq.
Daniel Segal, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.
One Logan Square, 27th Floor
Philadelphia, PA 19103
Tel: 215-568-6200
Fax: 215-568-0300
mhamermesh@hangley.com
pkaufman@hangley.com
dsegal@hangley.com
*Counsel for Terry Cady*

William J. Leonard, Esq.
Thomas A. Leonard, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Fl.
1617 JFK Boulevard
Philadelphia, PA  19103-1895
Fax: 215-665-3165
William.Leonard@obermayer.com
Thomas.Leonard@obermayer.com
*Counsel for Gerald Cohn*

Julian W. Friedman, Esq.
Mary Margulis-Ohnuma
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022
Tel: 212-223-0200
Fax: 212-223-1942
jfriedman@stillmanfriedman.com
mohnuma@stillmanfriedman.com
*Lead Counsel for Gerald Cohn*

David L. Comerford, Esq.
Edward F. Mannino, Esq.
Jeffery A. Dailey, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Commerce Square
2005 Market Street, Suite 2200

.
Robert L. Hickok, Esq.
Christopher J. Huber, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, Pennsylvania 19103-2799
Tel: 215-981-4000

Philadelphia, PA 19103
Tel: 215-965-1200
Fax: 215-965-1210
dcomerford@akingump.com
emannino@akingump.com
jdailey@akingump.com
 *Counsel for Deloitte & Touche, LLP*

Fax: 215-981-4750
hickokr@pepperlaw.com
huberc@pepperlaw.com
*Counsel for PresGar Imaging, LLC*

Richard A. Levan, Esq.
LEVAN FRIEDMAN LLP
Two Penn Center Plaza, Ste. 1422
1500 John F. Kennedy Blvd.
Philadelphia, PA   19102
Tel.:  215-568-9840
Fax:  215-568-9843
rlevan@levanfriedman.com
***Counsel for Dolphin Medical, Inc.***

Bruce Cohen, Esq.
Sapna Kanoor, Esq.
Scott R. Lord, Esq.
Rob Martin, Esq.
COHEN & LORD, P.C.
1801 Century Park East, Ste. 2600
Los Angeles, CA  90067-2328
Tel: 310-691-2200
Fax: 310-691-2201
rmartin@cohen-lord.com
bcohen@cohen-lord.com
***Counsel for Radnet Management, Inc.***

William J. O'Brien, Esq.
DELANEY & O'BRIEN
325 Chestnut Street, Ste, 1212
Philadelphia, PA   19106
Tel:  215-829-4210
Fax:  215-829-4219
wjo@dolaw.com
***Counsel for Radnet Management, Inc***

David S. Hoffner, Esq.
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: 212-649-8781
Fax: 212-698-3599
david.hoffner@dechert.com
***Lead Counsel for OnCure Medical Corp.***

Alessandro Martuscelli, Esq.
DECHERT LLP
1717 Arch Street
4000 Bell Atlantic Twoer
Philadelphia, PA  19103
Tel:  215-994-4000
Fax: 215-994-2222
alessandro.martuscelli@dechert.com
***Local Counsel for OnCure Medical Corp.***

Jeffrey W. Sarles, Esq.
Robert J. Kriss, Esq.
Nicole Byrd, Esq.
MAYER BROWN ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL   60606
Tel:  312-782-0600
Fax:  312-701-7711
jsarles@mayerbrownrowe.com
*Counsel for Canadian Imperial Bank of Commerce Trust Company of the Bahamas*

Laurence S. Shtasel, Esq.
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Tel: 215-569-5691
Fax: 215-832-5691
shtasel@blankrome.com
*Counsel for Canadian Imperial Bank of Commerce Trust Company of the Bahamas*

Rachel B. Kane
William J. Schwartz
Emma Terrell
Celia Goldwag Barenholtz
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY   10036
rkane@kronishlieb.com
wschwartz@kronishlieb.com
eterrell@kronishlieb.com
cbarenholtz@kronishlieb.com
Tel:  212-479-6000
Fax:  212-479-6275
*Counsel for Clifford Chance LLP, Clifford Chance US LLP*

John G. Harkins
Marianne Consentino
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA   19103-7042
Tel.:  215-851-6700
Fax:  215-851-6710
jharkins@harkinscunningham.com
mconsentino@harkinscunningham.com
*Counsel for Clifford Chance LLP, Clifford Chance US LLP*

Steven D. Johnson
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE PC
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA   19103
Tel:  215-665-0400
Fax:  215-636-0366
sjohnson@gibbonslaw.com

Mark C. Hansen
Antonia M. Apps
David E. Ross
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL PLLC
1615 M Street, NW, Suite 400
Washington, DC   20036-3209
Tel:  202-326-7900
Fax:  202-326-7999

*Counsel for Thomas J. Pritzker and The Pritzker Organization LLC*

mhansen@khhte.com
aapps@khhte.com
dross@khhte.com

*Counsel for Thomas J. Pritzker and The Pritzker Organization LLC*

7

C. Clark Hodgson, Jr., Esq.
Michael D. O'Mara, Esq.
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103
Tel: 215-564-8000
Fax: 215-564-8120
chodgson@stradley.com
mo'mara@stradley.com
***Local Counsel for Merrill Lynch & Co., Inc.***


Gregory Ballard, Esq.
Liz Butler, Esq.
Benjamin Gardner, Esq.
Gregory A. Markel, Esq.
William S. Norton, Esq.
Gabriel M. Weaver, Esq.
Amy Miller, Esq.
Gazeena Soni, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Tel: 212-504-6000
Fax: 212-504-6666
gregory.ballard@cwt.com
liz.butler@cwt.com
greg.markel@cwt.com
benjamin.gardner@cwt.com
william.norton@cwt.com
gabriel.weaver@cwt.com
amy.miller@cwt.com
gazeena.soni@cwt.com
***Lead Counsel for Merrill Lynch & Co., Inc***

12/4/2006