# EXHIBIT B

# MEMORANDUM

TO: Jim Brazell

FROM: Melvin C. Breaux

DATE: August 10, 2000

RE: Estimation of Number of DVI Stockholders

According to a communication received from ADP Investor Communication Services dated 7/20/00 (copy attached), brokers surveyed indicated a total of 3,288 street name accounts.

Carolyn O'Neill of American Stock Transfer advised me yesterday that AST's records show 121 shareholders registered with AST.

Accordingly, adding those two numbers, a reasonable estimate of the number of holders appears to be approximately 3,409.   BN 2

MCB *MCB*

MCB
Enclosure

Cc: John Schoenfelder (w/enc.)

Corresp\Brazell 8-10-00

G 8-1

CONFIDENTIAL TREATMENT
REQUESTED BY DELOITTE & TOUCHE

DT 0020026