IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| DVI INC. SECURITIES LITIGATION | : | |
| | : | NO. 2:03-cv-05336 |

O R D E R

AND NOW, this 9th day of October 2008, upon consideration of stipulation of Lead Plaintiffs and Radnet Management, Inc. ("Radnet"), to voluntarily dismiss Radnet from the above-entitled litigation, with prejudice, it is hereby ORDERED that the action against Radnet is dismissed with prejudice; each party shall bear its own costs and attorneys fees with respect to Lead Plaintiffs' claims against Radnet, in their entirety, accumulated throughout the duration of the litigation. Public notice of the dismissal will be issued on a date to be determined.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.