IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | Case No. 2:03-CV-5336 |
| In Re DVI, Inc. Securities Litigation | : | |
| | : | Hon. Legrome D. Davis |

## LEAD PLAINTIFFS' MOTION FOR ORDER
## APPROVING FOURTH SETTLEMENT, PLAN OF ALLOCATION,
## AND ATTORNEYS' FEES AND EXPENSES

Lead Plaintiffs respectfully move this Court pursuant to Fed. R. Civ. Pro. 23(e) for an order, in the form attached hereto as Exhibit 1, approving the Settlement Agreement that Lead Plaintiffs have entered into with Defendants Thomas J. Pritzker and the Pritzker Organization LLC (the "Settlement").

For the reasons set forth in Lead Plaintiffs' accompanying Memorandum of Law in Support of Motion for Entry of Order Approving Settlement, Lead Plaintiffs respectfully request that this Court (a) approve the Settlement; (b) approve the parties' plan of allocation; and (c) award Plaintiffs' Counsel's requested attorneys' fees and expense reimbursement.

Dated: April 3, 2009

                                  Respectfully submitted,

                                  KRISLOV & ASSOCIATES, LTD.

                                  By: /s/ Michael R. Karnuth

                                        Clinton A. Krislov, Esq.
                                        Michael R. Karnuth, Esq.
                                        Robert P. DeWitte, Esq.
                                        20 North Wacker Drive
                                        Chicago, Illinois   60606
                                        Phone: 312-606-0500
                                        Fax: 312-606-0207
                                        *Plaintiffs' Lead Counsel*

2

        Steven A. Schwartz, Esq.
        Attorney I.D. No. 50579
        CHIMICLES & TIKELLIS, LLP
        361 W. Lancaster Avenue
        One Haverford Centre
        Haverford, PA   19041
        Phone:  610-642-8500
        Fax:  610-649-3633
        *Plaintiffs' Liaison Counsel*