IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          CIVIL ACTION
DVI INC. SECURITIES LITIGATION            :
                                          :          No. 2:03-cv-05336

ORDER

AND NOW, this 3rd day of September 2010, upon consideration of Defendant Gerald

Cohn's Motion for Summary Judgment (Doc. No. 683), Lead Plaintiffs' Amended Memorandum

of Law in Opposition thereto (Doc. Nos. 735 & 701)[1], and Defendant's Reply in further support

thereof (Doc. No. 714), it is hereby ORDERED that Defendant Gerald Cohn's Motion for

Summary Judgment is DENIED consistent with this Court's Memorandum Opinion issued this

same day.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.

---

[1]     Plaintiffs' Memorandum contained in Doc. No. 701 has been stricken from the
record.  (See Doc. No. 734.)  The exhibits attached thereto were not stricken and were relied
upon by this Court.