IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| DVI INC. SECURITIES LITIGATION | : | |
| | : | No. 2:03-cv-05336 |

## ORDER

AND NOW, this 3rd day of September 2010, consistent with this Court's Memorandum Opinion issued this same day, it is hereby ORDERED as follows:

1. Upon consideration of Defendant Deloitte & Touche's Motion to Exclude Lead Plaintiffs' Alleged Loss Causation Expert Chad Coffman (Doc. Nos. 686 & 690), Lead Plaintiffs' Response in opposition thereto (Doc. Nos. 697, 705, & 706), and Defendant Deloitte & Touche's Reply in further support thereof (Doc. No. 723), it is hereby ORDERED that Defendant Deloitte & Touche's Motion (Doc. Nos. 686 & 690) is GRANTED in part and DENIED in part.

2. Upon consideration of Lead Plaintiffs' Motion to Exclude Deloitte & Touche's Purported Loss Causation Expert Kenneth Lehn (Doc. No. 702), Defendant Deloitte & Touche's Response in opposition thereto (Doc. Nos. 739 & 750), Lead Plaintiffs' Reply in further support thereof (Doc. No. 758), and Lead Plaintiffs' Supplemental Authority in further support thereof (Doc. No. 780), it is hereby ORDERED that Lead Plaintiffs' Motion (Doc. No. 702) is GRANTED in part and DENIED in part.

3. Upon consideration of Defendant Deloitte & Touche's Motion for Summary Judgment (Doc. Nos. 685, 689, & 691), Lead Plaintiffs' Response in opposition thereto (Doc. Nos. 696, 707, 708, 736, 737, & 738), Defendant Deloitte & Touche's Reply in further support thereof (Doc. Nos. 724, 725, & 752), Lead Plaintiffs' Sur-reply in further opposition thereto (Doc. No. 757), Lead Plaintiffs' Supplemental Authority in further opposition thereto (Doc. No. 762), Defendant Deloitte & Touche's Response to Plaintiffs' Supplemental Authority (Doc. No. 763), Lead Plaintiffs' Reply thereto (Doc. No. 767), and Lead Plaintiffs' Supplemental Authority in further opposition thereto (Doc. No. 786), it is hereby ORDERED that Defendant Deloitte & Touche's Motion for Summary Judgment (Doc. Nos. 685, 689, & 691) is GRANTED in part and DENIED in part.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D. Davis, J.