IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE DVI SECURITIES LITIGATION | : | CIVIL ACTION |
| | : | No. 03-5336 |

ORDER

AND NOW, this 28th day of March, 2011, the Court DENIES Lead Plaintiffs' Motion for Partial Reconsideration of the Court's September 3, 2010 Order as MOOT.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.