IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re DVI, Inc. Securities Litigation | : | Case No. 2:03-CV-5336 |
|  | : |  |
|  | : | Hon. Legrome D. Davis |

### LEAD PLAINTIFFS' MOTION FOR ORDER APPROVING FIFTH SETTLEMENT, PLAN OF ALLOCATION, AND ATTORNEYS' FEES AND EXPENSES

Lead Plaintiffs respectfully move this Court pursuant to Fed. R. Civ. Pro. 23(e) for an order, in the form attached hereto as Exhibit 1, approving the Settlement Agreement that Lead Plaintiffs have entered into with Defendant Gerald Cohn (the "Settlement").

For the reasons set forth in Lead Plaintiffs' accompanying Memorandum of Law in Support of Motion for Entry of Order Approving Settlement, Lead Plaintiffs respectfully request that this Court (a) approve the Settlement; (b) approve the parties' plan of allocation; and (c) award Plaintiffs' Counsel's requested attorneys' fees and expense reimbursement.

Dated: May 9, 2011

Respectfully submitted,

KRISLOV & ASSOCIATES, LTD.

By: /s/ Michael R. Karnuth

Clinton A. Krislov, Esq.
Michael R. Karnuth, Esq.
Robert P. DeWitte, Esq.
Eve-Lynn J. Rapp, Esq.
20 North Wacker Drive
Chicago, Illinois   60606
Phone: 312-606-0500
Fax: 312-606-0207
*Plaintiffs' Lead Counsel*

2

                                                Steven A. Schwartz, Esq.
Attorney I.D. No. 50579
Kimberly Donaldson Smith, Esq.
CHIMICLES & TIKELLIS, LLP
361 W. Lancaster Avenue
One Haverford Centre
Haverford, PA  19041
Phone:  610-642-8500
Fax:  610-649-3633
*Plaintiffs' Liaison Counsel*