IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| IN RE DVI SECURITIES LITIGATION | : | CIVIL ACTION |
| | : | |
| | : | No. 03-5336 |
| | : | |

ORDER

AND NOW, this 19th day of May, 2011, upon consideration of Lead Plaintiffs' Motion to Clarify, Vacate, and/or Reconsider the March 28, 2011 Order Denying as Moot Lead Plaintiff' Motion for Partial Reconsideration of the Court's September 3, 2010 Order (Doc. No. 816), Defendant Deloitte & Touche LLP's Response in Opposition (Doc. No. 817), and Lead Plaintiffs' Reply (Doc. No. 822), the Court GRANTS Lead Plaintiffs' Motion to Clarify, Vacate and/or Reconsider, and VACATES its March 28, 2011 Order.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.