IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| DVI INC. SECURITIES LITIGATION | : | No. 03-5336 |

ORDER

AND NOW, this 4th day of January, 2013, it is hereby ORDERED that Defendants Clifford Chance LLP and Clifford Chance US LLP's motion for summary judgment (Doc. No. 687) is GRANTED, and judgment is entered in favor of these Defendants and against Lead Plaintiffs Cedar Street Fund, Cedar Street Offshore Fund, and Kenneth Grossman, and against all members of the Plaintiff Class of investors in Diagnostic Ventures, Inc., as to all claims contained in the Fifth Amended Complaint (Doc. No. 298).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.