IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CIVIL ACTION |
| DVI, INC. SECURITIES LITIGATION | : | No. 03-5336 |

### ORDER

AND NOW, this 4th day of January, 2013, it is hereby Ordered that Lead Plaintiffs' Motion for Partial Reconsideration of September 3, 2010 Memorandum and Order (Doc. No. 791) is DENIED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.