IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CIVIL ACTION |
| DVI, INC. SECURITIES LITIGATION | : | No. 03-5336 |

## ORDER

AND NOW, this 22nd day of January, 2013, it is hereby Ordered that Defendant Terry Cady's Motion for Summary Judgment (Doc. No. 684) is GRANTED, and it is further ORDERED that JUDGMENT is entered in favor of Defendant Terry Cady and against Lead Plaintiffs Cedar Street Fund, Cedar Street Offshore Fund, and Kenneth Grossman, and against all members of the Plaintiff Class of investors in Diagnostic Ventures, Inc., as to all claims contained in the Fifth Amended Complaint (Doc. No. 298).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.