IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                               :          CIVIL ACTION
DVI, INC. SECURITIES LITIGATION    :          No. 03-5336

ORDER

AND NOW, this 15th day of September, 2014, upon consideration of the parties' submissions,[1] it is hereby ORDERED that Defendant Deloitte & Touche LLP's "Motion to Exclude From Trial Any Testimony From Lead Plaintiffs' Purported Expert Chad Coffman" (Doc. No. 868) is DENIED.  Coffman will be permitted to testify at trial as an expert on loss causation and damages consistently with the opinions set forth in his reports dated October 1, 2008, December 17, 2008, and June 24, 2013.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] The parties' submissions: Defendant Deloitte & Touche LLP's Mot. (Doc. No. 868), Mem. of Law with Exs. A-E (Doc. No. 870), and Reply Br. (Doc. No. 885); Lead Plaintiffs' Resp. with Exs. 1-4 (Doc. No. 873).  The parties were permitted to respond to the Order and Memorandum, dated Nov. 18, 2013 (Doc. No. 897): see Lead Pls.' Br. (Doc. No. 898); Def. Deloitte's Br. (Doc. No. 899).