IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| DVI, INC. SECURITIES LITIGATION | : | No. 03-5336 |
| | : | |

## ORDER

AND NOW, this 24th day of October, 2014, upon consideration of Dilworth Paxson LLP's Motion for Leave to Withdraw Its Appearance as Counsel for Defendant Steven R. Garfinkel (Doc. No. 908), it is hereby ORDERED that the Motion is DENIED, without prejudice. Consistent with this Court's practices and procedures as well as Local Rule of Civil Procedure 5.1(c), counsel is not permitted to withdraw at this time, unless and until an appearance by replacement counsel has been entered.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.