IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                         :            CIVIL ACTION
DVI, INC. SECURITIES LITIGATION               :            No. 03-5336

ORDER

AND NOW, this 4th day of January 2016, upon consideration of the motion and request by Kam Sitthidet and Ron Sitthideth to be excluded from this class action, and the submissions by Lead Plaintiffs and by Defendant Deloitte & Touche LLP,[1] it is hereby ORDERED that Plaintiffs' Lead Counsel/Class Counsel, Clinton A. Krislov, Esquire, of Krislov & Associates, Ltd., is directed to submit to the Court as soon as practicable, and by no later than Friday, January 29, 2016, records and other proof evidencing the date on which the Claims Administrator, Strategic Claims Services ("SCS"), mailed to Kam Sitthidet and Ron Sitthideth the "Notice of Hearing on Proposed Settlements, Plan of Allocation, Attorneys' Fees and Expenses, Lead Plaintiffs' Cost Recovery Service Award and Voluntary Dismissal of Two Defendants" (Doc. No. 999, Ex. A (Doc. No. 999-4)), including:

(1) Notice of the "Stipulation and Agreement of Settlement With Deloitte & Touche LLP" (Doc. No. 999, Ex. 2 (Doc. No. 999-2), Ex. A (Doc. No. 999-4));
(2) Notice of the settlement hearing that was held on June 23, 2015 (Doc. No. 999, Ex. A (Doc. No. 999-4)); and
(3) Proof of Claim and Release form (Doc. No. 999, Ex. D (Doc. No. 999-7)).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] See the Sitthideths' "Motion to Reconsider a Few Class Members" (Doc. No. 1009); Lead Plaintiffs' Response (Doc. No. 1010); "Sitthidet Response and Rebuttal," with Ex. B, the Sitthideths' TD Ameritrade statement (Doc. No. 1013); Lead Plaintiffs' Reply (Doc. No. 1014), with Ex. 1, Kam Sitthidet's letter, dated Sept. 17, 2015 (Doc. No. 1014-2). See also Deloitte's letter, dated Oct. 1, 2015 (Doc. No. 1016); "Lead Plaintiffs'/Class Counsel Position on Sitthideths' Request to Be Excluded" (Doc. No. 1018).