IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CIVIL ACTION |
| DVI, INC. SECURITIES LITIGATION | : | No. 03-5336 |

ORDER

AND NOW, this 28th day of March, 2016, upon consideration of the moving papers filed by Kam Sitthidet and Ron Sitthideth (together, "the Sitthideths"), requesting exclusion from this Class action, and requesting to opt out of the Stipulations and the Settlements between Lead Plaintiffs and Defendants, and upon further consideration of the papers submitted by Counsel for Lead Plaintiffs and the Class, Clinton A. Krislove, Esq. and Michael R. Karnuth, Esq. of Krislove & Associates, Ltd., and the papers submitted by Defendants Deloitte & Touche LLP, Harry T. J. Roberts, and John P. Boyle,[1] it is hereby ORDERED that the Sitthideths's Motion (Doc. Nos. 1009, 1013) is DENIED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] See Sitthideths's "Motion to Reconsider a Few Class Members" (Doc. No. 1009); L. Pls./Class Counsel's Resp. (Doc. No. 1010); "Sitthidet Response and Rebuttal," with Ex. B, the Sitthideths's TD Ameritrade statement (Doc. No. 1013); L. Pls./Class Counsel's Reply (Doc. No. 1014), with Ex. 1, K. Sitthidet's letter, dated Sept. 17, 2015 (Doc. No. 1014-2). See also Def. Deloitte's letter, dated Oct. 1, 2015 (Doc. No. 1016), requesting reconsideration of the Order, dated Sept. 23, 2015; Defs. Roberts's and Boyle's letter, dated Jan. 28, 2016, joining in Deloitte's letter request (Doc. No. 1021). See further L. Pls./Class Counsel's "Position on Sitthideths' Request to Be Excluded" (Doc. No. 1018); L. Pls./Class Counsel's Submission, with J. Bravata Decl., dated Jan. 28, 2016, and Exs. 1-2 (Doc. No. 1020).