IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re DVI, Inc. Securities Litigation | : : : | Case No. 2:03-CV-5336<br><br>Hon. Legrome D. Davis |

### ORDER APPROVING CLAIMS ADMINISTRATOR'S ADMINISTRATIVE DETERMINATIONS AND DIRECTING DISTRIBUTION OF NET SETTLEMENT FUNDS

AND NOW, this 28th day of February 2017, upon consideration of Lead Plaintiffs' Motion for Distribution of Class Settlement Fund (Doc. No.1024), it is hereby ORDERED that the Motion is GRANTED as follows:

1. This Order incorporates by reference the definitions in the six Settlement Agreements approved to date; all terms used herein shall have the same meanings as set forth in such Settlement Agreements.

2. The administrative determinations made by the Claims Administrator concerning the acceptance and rejection of claims are hereby approved;

3. The Net Settlement Fund[1] shall be distributed to the 1,946 Recognized Claimants as set forth in the Affidavit of Paul Mulholland and in accordance with the Settlement Agreements. Payments to be distributed to the Recognized Claimants shall bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED WITHIN 180 DAYS OF ISSUE DATE." Lead Plaintiffs' Lead Counsel and the Claims Administrator are authorized to

---

[1] The Claims Administrator in this matter is Strategic Claims Services. Paul Mulholland is the President of Strategic Claims Services.

The Net Settlement Fund is defined as the balance of the Settlement Fund after the deduction of fees and expenses previously authorized herein.

1

take appropriate action to locate and/or contact any Recognized Claimant who has not cashed the distribution within the allotted time. The costs of such services to locate and reissue payments to the Recognized Claimants shall be payable from the unclaimed/uncashed funds remaining in the Net Settlement Fund;

4. After one year from the initial distribution of the Net Settlement Fund to the Recognized Claimants, and after reasonable and diligent efforts have been made to have the Recognized Claimants cash their distribution, Lead Plaintiffs' Lead Counsel are authorized to distribute any funds remaining in the Net Settlement Fund by reason of returned or unpaid distributions or otherwise, to Recognized Claimants who have cashed their distributions, provided that they would receive at least $50.00 on such re-distribution after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such re-distribution. If, after six months following such re-distribution, any funds remain in the Net Settlement Fund, then such balance shall be contributed to non-sectarian, not-for-profit, 501(c)(3) organization(s) designated by Lead Plaintiffs' Lead Counsel without further approval of the Court;

5. The Court approves payment of $49,298.80 from the Settlement Fund to the Claims Administrator for the balance of its fees and expenses incurred and to be incurred in connection with services performed and to be performed with respect to the administration and disbursement of the Net Settlement Fund, including the past and future preparation of tax returns;

6. This Court has jurisdiction over the subject matter of this Action and over all parties to the Action, including Settlement Class Members. This Court retains jurisdiction over any further application or matter which may arise in connection with the Settlements of this Action.

**BY THE COURT:**

**/s/ Legrome D. Davis**

Date: 2\28 , 2017                        United States District Judge

2